UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 09-21010-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOEL ESQUENAZI, *et al.,*

    Defendants.
_____/

## ORDER GRANTING DEFENDANT, JOEL ESQUENAZI'S MOTION TO CONTINUE MOTIONS CALENDAR HEARING

THIS CAUSE came before the Court upon Defendant Joel Esquenazi's Motion to Continue Motions Calendar Hearing **(D.E.#226)**, filed July 8, 2010. The Court having considered the record, reviewed the motion, and being otherwise advised in the premises. It is hereby:

**ORDERED AND ADJUDGED** that Defendant Joel Esquenazi's Motion to Continue Motions Calendar Hearing (D.E.#226), is **Granted as to All defendant's in this case.**

1. The Motion Calendar Hearing for the above cause shall be rescheduled on **Tuesday, July 13, 2010 at 11:00 a.m.**, at the United States Courthouse, Courtroom 10-2, 400 North Miami Avenue, Miami, Florida 33128.

2. The Calendar Call is reset for **Tuesday, July 13, 2010 at 10:30 a.m.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8 day of July, 2010.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel Of Record
U.S. Probation Office