UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21010-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOEL ESQUENAZI,
CARLOS RODRIGUEZ

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING

**THIS CAUSE** came before the Court upon Unopposed Motion to Continue Sentencing **(D.E.#598)**, filed October 7, 2011. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Sentencing D.E.#598), is **Granted as to both Defendants.**

1. The Sentencing Hearing in this case is hereby rescheduled for **Tuesday, October 25, 2011 at 9:30 a.m. for Joel Esquenazi, at 10:30 a.m. for Carlos Rodriguez** before the undersigned, United States District Judge Jose E. Martinez in Courtroom 10-2, at the United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 13 day of October, 2011.

                                              JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge McAliley
All Counsel of Record