UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 09-21010-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOEL ESQUENAZI,

    Defendant.
_____/

## ORDER STRIKING DEFENDANT JOEL ESQUENAZI'S NOTICE OF FILING CHARACTER REFERENCE LETTERS IN SUPPORT OF HIS SENTENCE

THIS CAUSE came before the Court upon Defendant Joel Esquenazi's Notice of Filing Character Reference Letters in Support of his Sentencing **(D.E.#593)**, filed October 5, 2011. The Court has reviewed the character references, it is hereby:

**ORDERED AND ADJUDGED** that

The portion of the Defendant's Notice of Filing Character Reference Letters in Support of his Sentencing (DE#593), specifically the letters that are not in English are hereby **STRICKEN**. This Court does not accept filings not translated in English.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 Day of October, 2011.

                                JOSE E. MARTINEZ
                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel Of Record