UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21010-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

JOEL ESQUENAZI, and
CARLOS RODRIGUEZ.

        Defendants.
_____/

## ORDER OF FORFEITURE

**WHEREAS**, on August 8, 2011, JOEL ESQUENAZI and CARLOS RODRIGUEZ (hereinafter, the "Defendants") were found guilty of all of the violations alleged in Counts 1 through 21 of the Indictment returned on December 8, 2009; and

**WHEREAS**, pursuant to Fed. R. Crim. P. 32.2, the United States moved for entry of a forfeiture money judgment against the Defendants, jointly and severally, in an amount equal in aggregate value to the property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Counts 1 through 8 of the Indictment and the property, real or personal, involved in the violations alleged in Counts 9 through 21 of the Indictment, or property traceable to such property.

**WHEREAS**, the Court finds that $2,200,000 in United States currency is an amount of money equal in value to the property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Counts 1 through 8 of the Indictment, of which the Defendants were convicted; and

**WHEREAS**, $893,818.50 in United States currency is an amount of money equal in value to the property, real or personal, involved in the violations alleged in Counts 9 through 21 of the Indictment, or property traceable to such property, of which the Defendants were convicted;

**WHEREAS**, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that forfeiture consists of a money judgment,"

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that JOEL ESQUENAZI and CARLOS RODRIGUEZ, shall pay, jointly and severally, $3,093,818.50 in United States currency to the United States;

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this matter for the purpose of enforcing this Order of Forfeiture; and

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendants at the time of their respective sentencing, shall be announced as part of each of the Defendants' respective sentence and shall be included in the Judgment in this cause; and

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture so as to substitute property having a value not to exceed the sum of $3,093,818.50 in United States currency in satisfaction of the forfeiture money judgment in whole or in part; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward four certified copies of this Order of Forfeiture to the United States Attorney's Office, Southern District of Florida, Asset Forfeiture Division, 99 N.E. 4th Street, Miami, Florida 33132, Attention Assistant U.S. Attorney Daren Grove.

**DONE ORDERED** in Miami, Florida on this 24 day of October, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: AUSA Daren Grove (2 certified copies)