UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21010-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOEL ESQUENAZI, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Carlos Rodriguez's Motion in open court relating to unaddressed arguments in his motion for judgment of acquittal or new trial. These arguments, however, were not made in Defendant Rodriguez's motions but were raised in his reply brief filed on September 28, 2011 (D.E. No. 580). His reply brief raised new issues not in his original post-trial motions. These arguments were denied in footnote 1 of this Court's Order Denying Defendants' Motion for Judgment of Acquittal or New Trial (D.E. No. 609). See *United States v. Custodio*, 141 F.3d 965, 966 (10th Cir. 1998); *United States v. Bramlett*, 116 F.3d 1403, 1405-06 (11th Cir. 1997).

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of October, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record