**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-21010-CR-JEM(s)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CINERGY TELECOMMUNICATIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF INTENT TO INTRODUCE FOREIGN RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**

In accordance with 18 U.S.C. § 3505, the United States hereby provides all defendants with notice of its intent to introduce foreign records of regularly conducted activity. The United States previously provided such notice prior to the first trial in this case (DE 217), but out of an abundance of caution the United States is notifying all defendants of its intent to introduce such records in the upcoming trial.

1. In response to the United States' formal request for evidence to the Republic of Haiti, the United States has received copies of documents from the state-owned telecommunications company, Telecommunications D'Haiti ("Haiti Teleco"), and provided these records to defense counsel during discovery.

2. The United States received a certification of authenticity of business records from Haiti concerning the Haiti Teleco records provided to the United States in response to its formal request. A copy of the certification and a translation have been provided to defense counsel.

Respectfully submitted,
WIFREDO A. FERRER
UNITED STATES ATTORNEY


/s/ Daniel S. Kahn
Daniel S. Kahn
Court ID No. A5501680
Trial Attorney
Criminal Division, Fraud Section
1400 New York Ave, NW 4th Floor
Washington, DC 20005
Tel: (202) 616-3434
Fax: (202) 514-7021

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system this 21st day of November, 2011.

/s/ Daniel S. Kahn
Daniel S. Kahn
