# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

Appeal Section
305-523-5080



Date: November 8, 2011

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

IN RE:   District Court No.:   09-CR-21010-JEM   U.S.C.A. No.: 11-_____

Style:   USA v. JOEL ESQUENAZI

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | | |
|---|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. | |
| X | First Notice of Appeal:   YES | |
| | Date(s) of other notice(s): _____ | |
| | _____ volume(s) of pleadings;   _____ volume(s) of transcripts; | |
| | _____ volume(s) of exhibits/depositions; other: _____ | |
| ___ | There was no hearing from which a transcript could be made. | |
| X | Copy of ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT OF ACQUITTAL AND NEW TRIAL and (3) JUDGMENTS enclosed. | |
| ___ | The following materials were SEALED in this court (order enclosed): _____ | |
| X | The appellate docket fee has been paid   NO | |
| | Date paid _____   Receipt No. _____ | |
| ___ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) | |
| X | The Judge or Magistrate appealed from is:   JOSE E. MARTINEZ | |
| X | The Court Reporter(s):   LARRY HERR | |
| ___ | This is an appeal of a bankruptcy order. | |
| | Bankruptcy Judge: _____ | |
| ___ | This is a DEATH PENALTY appeal. | |

FILED by _____ D.C.
NOV 29 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Sincerely,

Steven M. Larimore, Clerk of Court

By: _____
       Deputy Clerk

c:   court file

| ☒ 400 N. Miami Avenue<br>Miami, FL 33128<br>305-523-5100 | ☐ 299 E. Broward Boulevard<br>Room 108<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ 701 Clematis Street<br>Room 402<br>W. Palm Beach, FL 33401<br>561-803-3400 | ☐ 301 Simonton Street<br>Room 130<br>Key West, FL 33040<br>305-295-8100 | ☐ 300 South Sixth Street<br>Ft. Pierce, FL 34950<br>561-595-9691 |